UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:                    Chapter 7
                                     Case. No. 03-70655-MBM
HI TECH FLEET SERVICE, INC.,         Honorable Marci B. McIvor

         Debtor.                     Civil Case No. 05-CV-74736
_____/         Honorable Patrick J. Duggan

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on March 30, 2006.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
           U.S. DISTRICT COURT JUDGE

This matter is before the Court on Richard Sands's *pro se* appeal from a December 2, 2005 Order and a January 3, 2006 Order of the Bankruptcy Court. Bankruptcy Trustee Charles Wells, III ("Trustee"), filed a brief in response to the appeal.

For the reasons set forth in an Opinion and Order issued this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the following findings of the Bankruptcy Court are **AFFIRMED**: (A) The finding that Sands and/or RS & S International, LLC, had the authority under a durable power of attorney to act on behalf of Ryszard Wojtuniecki; (B) The Court's denial of Sands's Motion for Stay Pending Appeal; (C) The Court's Order that the Wayne County Circuit Court case filed by Plaintiffs Ryszard, Hi Tech Body Shop Center, Inc., Reliable-Body Shop Truck-

Trailer, Inc., Hi Tech Fleet Service-X, Inc., and R W Building Investment, LLC, was void and in violation of 11 U.S.C. § 362; and (D) The Court's Order Granting Trustee's Motion to Enforce Automatic Stay, Assessing Costs and Sanctions.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Richard Sands's Appeal is **DISMISSED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Richard A. Sands
13162 Fordline Street, Suite B1
Southgate, MI 48195-2435

Elias T. Majoros, Esq.