UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:                          Chapter 7
                                           Case. No. 03-70655-MBM
HI TECH FLEET SERVICE, INC.,               Honorable Marci B. McIvor

          Debtor.                          Civil Case No. 05-CV-74736
                                           Honorable Patrick J. Duggan
_____/

## <u>ORDER DENYING MOTION FOR RECONSIDERATION</u>

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on April 10, 2006

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
               U.S. DISTRICT COURT JUDGE

On December 14, 2005, Richard A. Sands, acting in *pro per*, filed an appeal from a

December 2, 2005 Order and a January 3, 2006 Order of the Bankruptcy Court.  On

March 30, 3006, this Court affirmed the findings of the Bankruptcy Court and dismissed

Sands's appeal.  Presently before the Court is Sands's Motion for Rehearing and

Reconsideration, filed on April 5, 2006.

Motions for reconsideration are governed by Eastern District of Michigan Local

Rule 7.1(g)(3) which provides:

(3)    Grounds.  Generally, and without restricting the court's discretion, the
court will not grant motions for rehearing or reconsideration that merely
present the same issues ruled upon by the court, either expressly or by
reasonable implication.  The movant must not only demonstrate a palpable
defect by which the court and the parties have been misled but also show that
correcting the defect will result in a different disposition of the case.

Thus, the Court will grant a motion for reconsideration if the moving party shows: (1) a "palpable defect," (2) that the defect misled the Court and the parties, and (3) that correcting the defect will result in a different disposition of the case. *Sundberg v. Keller Ladder*, 189 F. Supp. 2d 671, 674 (E.D. Mich. 2002). A palpable defect is one which is obvious, clear, unmistakable, manifest, or plain. *Fleck v. Titan Tire Corp.*, 177 F. Supp. 2d 605, 624 (E.D. Mich. 2001).

In his motion, Sands merely presents the same issues ruled upon by the Court in its March 30, 2006 Order. Consequently, Sands has failed to allege any palpable defect by which the Court and the parties have been misled as required by E.D. Mich. L.R. 7.1(g)(3).

Accordingly,

**IT IS ORDERED** that Sands's Motion for Rehearing and Reconsideration is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Richard A. Sands
13162 Fordline St. Ste. B1
Southgate, MI 48195-2435

Elias T. Majoros, Esq.

2